# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ABEL EDDINGTON and JUDY HUDSON, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Case No. 2:18-CV-00056-JRG-RSP |
| v. | § § | |
| FRED'S, INC. and FRED'S STORES OF TENNESSEE, INC., | § § § § | |
| Defendants. | § | |

## ORDER

Pending before this Court is the Parties' Agreed Motion for Confidential Approval of Settlement Agreement ("Motion"). (Dkt. No. 34.) For the reasons set forth in the Motion, the Court finds that good cause exists and therefore GRANTS the Motion.

The Court hereby APPROVES the Parties' settlement, as incorporated into the Confidential Settlement Agreement. It is therefore ORDERED that this action, including all claims in the Amended Complaint, are DISMISSED WITH PREJUDICE.

**So ORDERED and SIGNED this 21st day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE